

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 12, 2023

**BY ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
United States District Courthouse
40 Foley Square
New York, New York 10007

Application GRANTED. The Clerk of Court is directed to terminate Doc. #69. SO ORDERED.

May 15, 2023

Re:   *United States* v. *Benjamin Wei*, 23 Cr. 133 (JMF)

Dear Judge Furman,

    On May 4, 2023, defendant Benjamin Wei was arraigned on Indictment 23 Cr. 133 (JMF) and released on a personal recognizance bond subject to a variety of conditions. Pretrial Services has since raised the issue of the defendant's possession of firearms in his residence. The defendant has successfully surrendered all firearms to local authorities and provided verification of the surrender to the Government and Pretrial Services. The Government respectfully requests, with the defendant's consent, that the defendant's release conditions be modified to include conditions requiring that he surrender all firearms to local authorities and provide proof to Pretrial Services, which he has already done, and that he not be in possession of any firearms, destructive devices, or other weapons going forward.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: Katherine C. Reilly
Danielle Kudla
Assistant United States Attorneys
(212) 637-6521/2304

cc:   David Siegal, Esq. (by ECF)
      Francesca Tessier-Miller, Pre-Trial Services (by Email)