**David M. Siegal**
212 692 6281
dmsiegal@mintz.com

919 Third Avenue
New York, NY 10022
212 935 3000
mintz.com



MINTZ

August 8, 2023

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York, 10007

Application GRANTED. The Clerk of Court is directed to terminate Doc. #115.

SO ORDERED.

August 8, 2023

Re:   *United States v.* ~~*Winkelbauer, et al*~~. Benjamin Wei
23 CR 133-06 (JMF)

Dear Judge Furman:

    Benjamin Wei, through the undersigned counsel, respectfully requests that the Court grant a modification of Mr. Wei's bail conditions to allow him to travel to Milwaukee, WI, on Wednesday, August 30, 2023, returning to California on Tuesday, September 5, 2023.  Mr. Wei will be traveling with his wife, Jennifer, and their trip was scheduled and paid for well in advance of Mr. Wei's arrest in this matter.  (Mr. Wei's flight itinerary includes a connection through Denver, CO.)

    Under Mr. Wei's bond conditions, as modified by this Court on June 21, his travel is restricted to the Southern and Eastern Districts of New York, the state of California, and points in between for travel.

    The Assistant United States Attorney handling this case, as well as Mr. Wei's Pretrial Services Officer, each has informed us they have no objection to this request.

Respectfully submitted,

/s/ David M. Siegal
David M. Siegal, Esq.