**David M. Siegal**
212 692 6281
dmsiegal@mintz.com

919 Third Avenue
New York, NY  10022
212 935 3000
mintz.com



MINTZ

October 27, 2023

Application GRANTED. The Clerk of Court is directed to terminate Doc. #141.

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York, 10007

SO ORDERED.

October 30, 2023

Re:    *United States v. Benjamin Wei, et al.*
        23 CR 133 (JMF)

Dear Judge Furman:

Per Your Honor's instructions at yesterday's plea proceeding, we respectfully write on behalf of Benjamin Wei to confirm our request, made orally and granted on the record, to modify the travel restrictions of Mr. Wei's bail conditions.

At present, Mr. Wei's travel is restricted to the Southern and Eastern Districts of New York, the Districts in the State of California, and points in between for travel.  We requested that those restrictions be expanded to include travel to and within the federal Districts in Arizona, Nevada, Oregon, and Washington.

As the government stated on the record yesterday, it does not object to this modification.

Respectfully submitted,

/s/ David M. Siegal
David M. Siegal, Esq.

---

BOSTON    LOS ANGELES    NEW YORK    SAN DIEGO    SAN FRANCISCO    TORONTO    WASHINGTON

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.