

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 6, 2024

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
United States District Courthouse
40 Foley Square
New York, New York 10007

> Application GRANTED. The sentencing control date is hereby ADJOURNED to November 8, 2024, at 3:00 p.m. The Clerk of Court is directed to terminate Doc. #177. SO ORDERED.
>
> [signature]
>
> January 8, 2024

Re:   *United States v. Benjamin Wei.*, 23 Cr. 133 (JMF)

Dear Judge Furman:

    At the above-captioned defendant's guilty plea proceeding, the Court set a sentencing control date of February 2, 2024. The defendant's cooperation is not yet complete. As a result, the Government respectfully requests that the Court adjourn the control date by approximately seven months, to a date after the completion of the October 28, 2024, trial in this case. The defendant consents to the request.

                      Respectfully submitted,

                      DAMIAN WILLIAMS
                      United States Attorney

By:   */s/ Kevin Mead*
      Katherine C. Reilly
      Danielle Kudla
      Kevin Mead
      Qais Ghafary
      Assistant United States Attorneys
      (212) 637-6521/2304/2211/2534

cc:   Counsel of Record (by ECF)